UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANNA GEBREGZI,

        Plaintiff,

   v.

KAISER FOUNDATION HOSPITALS, et al.,

        Defendants.

Case No.  24-cv-06322-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE**

Re: Dkt. No. 50

On May 28, 2026, Plaintiff filed a second amended complaint without filing a stipulation or a motion for leave to amend.  *See* Fed. R. Civ. P. 15(a)(2); Fed. R. Civ. P. 16.  The deadline to file amended pleadings was March 11, 2025, and the Court has twice denied Plaintiff's attempt to file amended pleadings after that deadline.  The Court HEREBY ORDERS Plaintiff to show cause why the Court should not strike the second amended complaint.  Plaintiff's response shall be due by June 9, 2026.

    **IT IS SO ORDERED**.

Dated: June 2, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California