Dylan Hackett (SBN 329339)
**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94133
Telephone: (415) 410-9931
Email: dylanhackett@hackettfirm.com

*Attorneys for Plaintiff Hanna Gebregzi,*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

HANNA GEBREGZI,

                  Plaintiff,

    v.

KAISER FOUNDATION HOSPITALS, et al.,

                  Defendants,

**Case No. 24-cv-06322-JSW**

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DKT. NO. 50**

Plaintiff Hanna Gebregzi, appearing pro se, respectfully submits this response to the Court's June 2, 2026, Order to Show Cause regarding why the Court should not strike Plaintiff's Second Amended Complaint filed at Dkt. No. 50.

## INTRODUCTION

Plaintiff respectfully apologizes to the Court and to counsel for Defendants for the filing error that resulted in the Second Amended Complaint being filed without a stipulation or motion for leave to amend. Plaintiff did not intend to disregard the Federal Rules of Civil Procedure, the Court's scheduling order, or the Court's prior rulings concerning amendment of the pleadings. The filing was the result of Plaintiff's mistake and misunderstanding of the proper procedure.

//

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DKT. NO. 50**

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

## PROCEDURAL BACKGROUND

On May 28, 2026, Plaintiff filed a Second Amended Complaint at Dkt. No. 50. Plaintiff understands that the filing was procedurally improper because Plaintiff did not first obtain either a stipulation from Defendants or leave of Court.

Plaintiff further understands that the deadline to amend pleadings was March 11, 2025, and that the Court has previously denied Plaintiff's attempts to amend the pleadings after that deadline. On June 2, 2026, the Court issued an Order to Show Cause directing Plaintiff to explain why Dkt. No. 50 should not be stricken. Plaintiff submits this response in compliance with the Court's order.

## EXPLANATION OF FILING ERROR

Plaintiff respectfully states that the Second Amended Complaint was filed in error. Plaintiff intended to seek leave of Court before filing any amended pleading. Plaintiff believed, mistakenly, that the proposed amended complaint could be filed together with or in connection with motion papers seeking leave to amend. Due to Plaintiff's mistake, the proposed amended pleading was filed without the required motion and without prior Court approval.

Plaintiff recognizes that this was incorrect. Plaintiff did not intend to evade the Court's prior orders or bypass the required procedure under the Federal Rules of Civil Procedure, the Civil Local Rules, or this Court's scheduling orders. Plaintiff sincerely apologizes to the Court and to Defendants' counsel for any confusion, inconvenience, or unnecessary motion practice caused by the filing.

## REQUESTED RELIEF

Plaintiff respectfully requests that the Court discharge the Order to Show Cause and either permit Plaintiff to withdraw Dkt. No. 50 as an inadvertent filing error, or strike Dkt. No. 50 without further sanction based on Plaintiff's good-faith mistake.

Plaintiff further respectfully requests leave to file a properly noticed motion for leave to amend within 14 days, or within any other deadline the Court deems appropriate. Plaintiff understands that any such motion must comply with the Federal Rules of Civil Procedure, the Civil Local Rules, and the Court's prior orders, and that Plaintiff must establish the legal basis for any requested amendment.

-2-

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DKT. NO. 50

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

## JURISDICTION AND GOVERNING LAW CLARIFICATION

Plaintiff understands that this matter is pending in the United States District Court for the Northern District of California and is governed by the Federal Rules of Civil Procedure, the Civil Local Rules of this District, and this Court's orders. To the extent Plaintiff previously referenced California procedural rules or California jurisdiction in error, Plaintiff clarifies that she understands this case is properly before this federal Court in California and that she will comply with the applicable federal rules and local rules going forward.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court discharge the Order to Show Cause, permit Plaintiff to withdraw Dkt. No. 50 or strike it.

//

//

//

DATED:   June 2, 2026                              **THE HACKETT LAW FIRM**

Respectfully submitted,


By: ___*Dylan Hackett*___
Dylan Hackett
*Attorneys for Plaintiff Hanna Gebregzi*

-3-

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DKT. NO. 50**