UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANNA GEBREGZI,

Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

Defendants.

Case No. 24-cv-06322-JSW

**ORDER STRIKING AMENDED COMPLAINT AND DISCHARGING ORDER TO PLAINTIFF TO SHOW CAUSE**

Re: Dkt. No. 51

On May 28, 2026, Plaintiff filed a second amended complaint without filing a stipulation or a motion for leave to amend. *See* Fed. R. Civ. P. 15(a)(2); Fed. R. Civ. P. 16. The Court issued an Order directing Plaintiff to show cause why the Court should not strike the second amended complaint. Plaintiff filed a timely response on June 2, 2026. The Court has considered that response and will strike the amended complaint. The Court shall not preclude Plaintiff from moving for leave to amend or from obtaining a stipulation to file an amended complaint.

If Plaintiff moves for leave to amend, the Court refers Plaintiff to the Court's Order at Docket No. 35 and will require Plaintiff to file a red-line version of the proposed amended complaint with the motion.

**IT IS SO ORDERED**.

Dated: June 2, 2026

_____

JEFFREY S. WHITE
United States District Judge