SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
E-mail:  crowley@seyfarth.com
G. Daniel Newland (State Bar No. 087965)
Email: dnewland@seyfarth.com
Tara R. Mirchandani (SBN 370477)
E-mail: tmirchandani@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
James Sobolov (SBN 352529)
jsobolov@seyfarth.com
601 South Figueroa Street, Suite 3300 Los Angeles,
California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601


Attorneys for Defendant
KAISER FOUNDATION HOSPITALS (improperly
named as KAISER FOUNDATION HOSPITAL D/B/A
KAISER PERMANENTE OAKLAND MEDICAL
CENTER)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA GEBREGZI,<br><br>          Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HOSPITAL, D/B/A KAISER PERMANENTE OAKLAND MEDICAL CENTER, ANA HOUSE, AND LIONEL HOYTE<br><br>          Defendants. | Case No. 4:24-cv-06322-JSW<br><br>**DEFENDANT KAISER FOUNDATION HOSPITALS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently With Notice of Motion; Memorandum of Points And Authorities; Compendium of Evidence; Separate Statement of Undisputed Material Facts; and [Proposed] Order]*<br><br>Date:      July 24, 2026<br>Time:      9:00 a.m.<br>Judge:     Judge Jeffrey S. White |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 24, 2026, at 9:00 a.m. via Zoom videoconference or as soon thereafter as it can be heard, Defendant KAISER FOUNDATION HOSPITAL ("KFH" or "Defendant"), will and hereby does move the Court for summary judgment in the above-captioned matter pursuant to 437c, on the grounds that there are no material issues of triable fact as to any cause of action asserted in the operative First Amended Complaint ("FAC"), or as to Plaintiff's claim for punitive damages in this matter, and that Defendants are entitled to judgment as a matter of law on each cause of action and the claim for punitive damages in the FAC.

If summary judgment is not granted, Defendant will and hereby does move the Court for an order of summary adjudication pursuant to section 437c(f)(1) of the California Code of Civil Procedure, adjudicating the following issues in this action to be established in favor of Defendant and against Plaintiff HANNA GEBREZI ("Plaintiff"), with judgment enter in favor of Defendant as follows:

**Harassment in Violation of FEHA (First Cause of Action)**

**Issue No. 1:** KFH is entitled to summary adjudication on Plaintiff's First Cause of Action for Harassment in Violation of FEHA because Plaintiff cannot meet her *prima facie* burden to show she was subjected to severe or pervasive conduct based on a protected characteristic.

**Issue No. 2:** KFH is entitled to summary adjudication on Plaintiff's First Cause of Action for Harassment in Violation of FEHA because the conduct identified by Plaintiff constitutes non-actionable personnel management actions.

**Discrimination in Violation of FEHA (Second Cause of Action)**

**Issue No. 3:** KFH is entitled to summary adjudication on Plaintiff's Second Cause of Action for Discrimination in Violation of FEHA because Plaintiff cannot meet her *prima facie* burden to show she was performing competently in her position.

**Issue No. 4:** KFH is entitled to summary adjudication on Plaintiff's Second Cause of Action for Discrimination in Violation of FEHA because Plaintiff cannot meet her prima facie burden to show circumstances suggesting a discriminatory motive or animus on the part of KFH.

1

**Retaliation in Violation of California Labor Code 11021 (Third Cause of Action)**

**Issue No. 5:** KFH is entitled to summary adjudication on Plaintiff's Third Cause of Action for Retaliation in Violation of California Labor Code Section 11021 because Section 11021 does not create a private right of action.

**Issue No. 6:** KFH is entitled to summary adjudication on Plaintiff's Third Cause of Action for "Retaliation in Violation of 2 CCR § 11021" because Section 11021(b) expressly preserves KFH's right to enforce reasonable disciplinary policies and practices, and Plaintiff's discipline and termination resulted from KFH's proper enforcement of its policies in response to her substantiated workplace and patient care misconduct.

**Workplace Defamation (Fourth Cause of Action)**

**Issue No. 7:** KFH is entitled to summary adjudication on Plaintiff's Fourth Cause of Action for Workplace Defamation because every allegedly defamatory statement identified by Plaintiff is protected by the common-interest privilege under California Civil Code § 47(c).

**Issue No. 8:** KFH is entitled to summary adjudication on Plaintiff's Fourth Cause of Action for Workplace Defamation because Plaintiff cannot identify any publication of an allegedly defamatory statement to a third party.

**Constructive Discharge and Constructive Termination (Fifth and Sixth Causes of Action)**

**Issue No. 9:** KFH is entitled to summary adjudication on Plaintiff's Fifth and Sixth Causes of Action for Constructive Discharge and Constructive Termination fail because constructive discharge is not an independent cause of action under California law.

**Issue No. 10:** KFH is entitled to summary adjudication on Plaintiff's Fifth and Sixth Causes of Action for Constructive Discharge and Constructive Termination because Plaintiff was actually terminated, rendering the constructive discharge doctrine inapplicable as a matter of law.

**Breach of Employment Contract (Seventh Cause of Action)**

**Issue No. 11:** KFH is entitled to summary adjudication on Plaintiff's Seventh Cause of Action for Breach of Employment Contract because the claim is preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a).

2

326677583v.1

**Issue No. 12:** KFH is entitled to summary adjudication on Plaintiff's Seventh Cause of Action for Breach of Employment Contract because the undisputed record establishes that KFH adhered to the progressive discipline framework set forth in the collective bargaining agreement.

**Prayer for Punitive Damages**

**Issue No. 13:** KFH is entitled to summary adjudication on Plaintiff's prayer for punitive damages because Plaintiff's operative complaint does not plead a claim for punitive damages.

**Issue No. 14:** KFH is entitled to summary adjudication on Plaintiff's prayer for punitive damages because even if Plaintiff had properly plead a claim for punitive damages, Plaintiff cannot prove by clear and convincing evidence that KFH engaged in conduct against Plaintiff with fraud, oppression, or malice.

DATED: June 18, 2026                              SEYFARTH SHAW LLP

By: */s/ James Sobolov*
    Christian J. Rowley
    G. Daniel Newland
    Tara R. Mirchandani
    James Sobolov

    Attorneys for Defendant KAISER FOUNDATION HOSPITALS (improperly named as KAISER FOUNDATION HOSPITAL D/B/A KAISER PERMANENTE OAKLAND MEDICAL CENTER

3

326677583v.1