UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANNA GEBREGZI,

Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

Defendants.

Case No.  24-cv-06322-JSW

**ORDER REQUIRING CHAMBERS COPIES**

Re: Dkt. Nos. 54 through 54-4

The Court ORDERS the parties to submit chambers copies of all briefs and evidentiary materials relating to Defendant's motion for summary judgment, including opposition and reply materials.  All chambers copies must be securely bound at the top or on the side, either with staples, "ACCO" fasteners, or velo-binding, or shall be submitted in binders.  *Binder clips, paper clips, and rubber bands will not satisfy this requirement.*  If any of the chambers copies to be submitted are more than two inches thick, the parties should submit the chambers copies of the document in multiple volumes that do not exceed two inches.  When a declaration or other document includes exhibits, parties shall submit chambers copies of the documents which include tabs that separate each exhibit.  The Court also encourages the parties to submit double-sided copies of all documents, but if they follow that request, the document should be bound on the side not at the top.  The Court reserves the right to reject non-conforming chambers copies and to require the party to re-submit them in accordance with this Order.

**IT IS SO ORDERED**.

Dated: June 22, 2026

_____
JEFFREY S. WHITE
United States District Judge