UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANNA GEBREGZI,

Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

Defendants.

Case No. 26-cv-07598-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to 24-cv-6322.

**IT IS SO ORDERED.**

Dated: July 23, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California